UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-02468-SVW-KS Date: September 1, 2026

Title *Mario Alberto Renteria v. San Bernardino County Sheriff et al.*

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| Kerri Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 11, 2025, Plaintiff, who is incarcerated at West Valley Detention Center and proceeding *pro se* and *in forma pauperis*, filed a Complaint alleging constitutional violations based on his personal books being improperly removed and donated to the facility's library. (Dkt. No. 1.) Plaintiff sues the San Bernardino County Sherriff in his official capacity and two West Valley Detention Center employees in their individual capacities. (*Id.* at 3.)

On February 3, 2026, the Court issued an order directing service of process by the U.S. Marshal. (Dkt. No. 8.) In conjunction with that order, the Court expressly advised Plaintiff that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Summons and Complaint must be served upon defendants within 90 days and that if service is not completed within that time, the Court may dismiss this action. (Dkt. No. 6.) Plaintiff was also directed to file with the Court copies of the USM-285 forms he submitted to the United States Marshal within 30 days (on or before March 5, 2026). (Dkt. No. 7.)

On March 27, 2026, the Court received a letter from Plaintiff in which Plaintiff requested stated that he did not receive the relevant USM-285 forms from the Clerk so he could complete them. (Dkt. No. 10.) Accordingly, the Court issued an order directing the Clerk to re-send copies of the USM-285 forms to Plaintiff and granting Plaintiff an extension of time to May 21, 2026 to file with the Court the copies of the completed USM-285 forms that he submits to the U.S. Marshal. (Dkt. No. 11.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-02468-SVW-KS Date: September 1, 2026

Title *Mario Alberto Renteria v. San Bernardino County Sheriff et al.*

As of the date of this Order, the Court has not received copies of the USM-285 forms. Accordingly, the Court could recommend dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b), which states that a civil action is subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interest of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before October 1, 2026** why the Court should not recommend that this action be dismissed for failure to prosecute. If Plaintiff wishes to proceed with this action, he may discharge this Order by filing <u>one</u> of the following:

(1) copies of the USM-285 forms that were provided to the United States Marshal Service;

(2) a request for an extension of time to submit the USM-285 forms to the Court; or

(3) a declaration signed under penalty of perjury that establishes that Plaintiff timely submitted the USM-285 to the U.S. Marshal.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a <u>signed</u> document entitled "Notice of Voluntary Dismissal" pursuant to Federal Rule of Civil Procedure 41(a).

**Plaintiff is advised that the failure to timely comply with this order may result in a recommendation for dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a). and Local Rule 41-1.**

**IT IS SO ORDERED**.

:

**Initials of Preparer** klh